EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* PEDRO DE JESÚS Y AGUSTÍN COLÓN, acusados y apelantes.

No. 2808.—*Visto:* Junio 16, 1926. *Resuelto:* Julio 6, 1926.

ALTERACIÓN DE LA PAZ—DENUNCIA—CUESTIONES LITIGIOSAS *(Issues)*, PRUEBAS E INCONGRUENCIAS—DISCREPANCIA ENTRE LAS ALEGACIONES Y LAS PRUEBAS Y EFECTO.—Cuando una denuncia describe una alteración de la paz pero la evidencia tiende a demostrar una alteración distinta—no la alteración en particular descrita en la denuncia—no puede sostenerse una convicción.

SENTENCIA de *R. López Antongiorgi,* J. (Aguadilla), condenando a los acusados por delito de alterar la paz pública. *Revocada y absuelto los acusados.*

*R. G. Sugrañes Loubriel,* abogado de los apelantes; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

La denuncia fué como sigue:

"Que en 23 de enero, 11:30 p. m., de 1926 y en el barrio Borinquen de Guayama, que forma parte del Distrito Judicial Municipal de Guayama, P. R., los acusados que se mencionan arriba, allí y entonces, ilegal, maliciosa y voluntariamente y observando una conducta desordenada y tumultuosa en el salón de un baile que se celebraba en la casa de Antonio Vega, perturbaron la paz y tranquilidad de las personas allí reunidas formando un fuerte escándalo con una riña que sostuvieron en la que se agredieron mutuamente con los puños, dando lugar con tal conducta para la terminación de dicha diversión."

El error alegado por no haberse concedido un sobreseimiento (*nonsuit*), los apelantes dicen que no hubo prueba de que los acusados sostuvieron una riña.

Hubo prueba de que los acusados estaban bailando muy impropiamente en un baile; que uno de ellos, Colón, fué requerido para que llevara al otro acusado Pedro de Jesús a su casa; que este último empezó a proferir malas palabras y tiró piedras a una de las personas que se encontraban en el baile y que dió lugar a que éste terminara. No hubo prueba de que los acusados estuvieran riñendo mutuamente.

Aunque Pedro de Jesús puede haber sido culpable de una alteración de la paz, no fué culpable de la alteración en particular descrita en la denuncia. Él no sostuvo riña alguna con Colón.

Con respecto a Colón, sin embargo, la única prueba fué de que estaba bailando impropiamente. Se le requirió a que llevara al otro acusado a su casa. Los testigos están de acuerdo en que él no cometió ningún otro acto violento o de disturbio y que se marchó tranquilamente para su casa. No encontramos suficiente prueba para su convicción.

*La sentencia debe ser revocada y absueltos los acusados.*

El Juez Presidente Señor Del Toro no intervino en la resolución del caso.